IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON KARAS,

    Plaintiff,

v.                                    CASE NO.: 1:12cv116-SPM/GRJ

UNITED PARCEL SERVICE INC.,

    Defendant.

_____/

## O R D E R

This cause comes before the court upon the parties' Joint Motion to Extend the Discovery Period and Other Deadlines. (Doc. 33). The discovery period is currently scheduled to close January 10, 2013. The parties contend, however, that discovery in this case is ongoing and request an additional 21 days to complete discovery. Additionally, the parties request that all other remaining deadlines also be extended by 21 days. Upon consideration, it is ORDERED:

1. The parties' joint motion for extension (doc. 33) is GRANTED.
2. Discovery shall be completed no later than January 31, 2013.
3. Dispositive motions shall be filed no later than February 18, 2013.
4. The first mediation conference shall commence no later than February 14, 2013.
5. Mediation shall be completed no later than February 28, 2013.
6. A mediation report shall be filed no later than March 14, 2013.

**DONE and ORDERED** this 10th day of January 2013.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**