UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON KARAS,

    Plaintiff,

v.                                                                     CASE NO.: 1:12cv116-SPM/GRJ

UNITED PARCEL SERVICE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the notice by the mediator that this case has settled (doc. 44), the court hereby **DISMISSES** the above-entitled action from the active docket of the court. In the event the settlement is not consummated, the court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this order and a showing of good cause as required by this court's local rules. *See* N.D. Fla. Loc. R. 16.2(D). At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** this 25th day of February, 2013.

                                                            *s/ M. Casey Rodgers*
                                                            **M. CASEY RODGERS**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**